IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN COMBS,<br>　　　　　Plaintiff, | CIVIL ACTION |
| v. | NO. 10-1318 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br>　　　　　Defendant. | |

**FILED**
JAN 9 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 9th day of January, ~~2011~~ 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 9) filed September 9, 2010; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 10) filed October 5, 2010; upon consideration of Plaintiff's Reply Brief (Dkt. No. 11) filed October 15, 2010; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. **JUDGMENT IS ENTERED REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

3. In all other respects, Plaintiff's motion for summary judgment is **DENIED**; and

4. The Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

/s/ **Legrome D. Davis**

LEGROME D. DAVIS, J.