

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN COMBS,<br>                    Plaintiff, | CIVIL ACTION |
| v. | NO. 10-1318 |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL SECURITY<br>ADMINISTRATION,<br>                    Defendant. | |

**FILED**
JAN 9 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 9th day of January, 2012, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 9) filed September 9, 2010; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 10) filed October 5, 2010; upon consideration of Plaintiff's Reply Brief (Dkt. No. 11) filed October 15, 2010; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin, **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. **JUDGMENT IS ENTERED REVERSING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY** for the purposes of this remand only and the relief sought by Plaintiff is **GRANTED** to the extent that the matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) and in accordance with the Report and Recommendation;

3. In all other respects, Plaintiff's motion for summary judgment is **DENIED**; and

4. The Clerk of Court shall **CLOSE** this matter statistically.

BY THE COURT:

/s/ **Legrome D. Davis**

LEGROME D. DAVIS, J.